MILL FACTORS CORPORATION, Respondent, v. MOSES ASCHER and Others, Defendants, Impleaded with MORRIS J. FRANK, Appellant.— Order affirmed, with

* Revd., 249 N. Y. 272.

ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.